**Michael L. TANN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41302.**

Missouri Court of Appeals, Western District.

June 27, 1989.

Nancy A. McKerrow, Columbia, for appellant,

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief without a hearing.

Affirmed. Rule 84.16(b).